

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00329-CV

FAMOUS WATER COMPANY, L.P., CRAZY BOTTLING COMPANY, LLC, FAMOUS WATER HOLDINGS, LLC, SCOTT ELDER, CAROL ELDER, TROY HUSEMAN, KELLI HUSEMAN, JACK BRADSHAW, JANET BRADSHAW, TOM FIREOVED, AND MIKE MODANO, Appellants

§    On Appeal from the 153rd District Court

§    of Tarrant County (153-327718-21)

V.

§    June 13, 2024

AQUIO SOLUTIONS INTERMEDIATE HOLDINGS, LLC, Appellee

§    Memorandum Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants Famous Water Company, L.P., Crazy Bottling Company, LLC, Famous Water Holdings, LLC, Scott Elder, Carol Elder,

Troy Huseman, Kelli Huseman, Jack Bradshaw, Janet Bradshaw, Tom Fireoved, and Mike Modano shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Wade Birdwell
      Justice Wade Birdwell